IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY FAUCI, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  21-3639 |
| | ) | |
| LOWES COMPANY INC., | ) | |
| a North Carolina Corporation | ) | |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF REMOVAL</u>**

Defendant Lowe's Home Centers, LLC (incorrectly named by Plaintiff as Lowes Company Inc.), by counsel, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 hereby serves notice of the removal of this action from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois, Eastern Division.  Removal is proper on the following grounds:

1.      Plaintiff initiated this action on or about May 26, 2021 by filing a judicial complaint in the Circuit Court of Cook County, Illinois captioned as *Gregory Fauci v. Lowes Company Inc. [sic]*, Case No. 2021L005373 (the "State Court Action").

2.      Defendant was served with a copy of the initial Summons and Complaint on June 11, 2021, which is the first date upon which Defendant had actual notice of the pending action.

3.      The lawsuit is a civil action alleging violations of the Illinois Human Rights Act, 775 ILCS 5/2 & 5/6-101 and the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101. (*See* Ex. A, State Court Action Compl. ¶ 1).

4.      The federal district courts have original jurisdiction over ADA claims pursuant to 28 U.S.C. § 1331 ("The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treatises of the United States.").

5.      Under 28 U.S.C. § 1367(a), this Court has supplemental jurisdiction over Plaintiff's state law claims because these claims arise from the same operative facts or form part of the same case or controversy as Plaintiff's federal claims.  Under 28 U.S.C. § 1441(c), this entire case is removable.

6.      Defendant may properly remove this civil action because it was brought in State court within this Court's federal jurisdiction, and this Court had original jurisdiction over this action.  *See* 28 U.S.C. § 1441(a).  Venue is proper pursuant to 28 U.S.C. § 94(b)(4) because this Court is the "district and division embracing the place where such action is pending." *Id.*

7.      Pursuant to 28 U.S.C. § 1441(b), this notice is being filed within 30 days of service upon Defendant of Plaintiff's State Court Action.  Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon Defendant are attached hereto as Exhibit A.

8.      Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed promptly with the state court and served upon opposing counsel.

WHEREFORE, Defendant Lowe's Home Centers, LLC (incorrectly named by Plaintiff as Lowes Company Inc.) hereby removes the above-described action now pending in the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois, Eastern Division.

Date:   July 9, 2021                         Respectfully submitted,


                                             _/s/ Peter J. Wozniak_____
                                             One of Defendant's Attorneys

Peter J. Wozniak (6294133)
BARNES & THORNBURG LLP
One N. Wacker Drive, Suite 4400
Chicago, Illinois 60606
PH: (312) 214-2113
FX: (312) 759-5646
peter.wozniak@btlaw.com

*Attorney for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing has been filed electronically this 9th day of July, 2021. Notice of this filing will be sent to the following via next business day delivery and email:

Richard R. Gordon
Tod H. Rottman
Kevin A. Murphy
GORDON LAW OFFICES, LTD.
111 W. Washington St., Ste. 1240
Chicago, Illinois 60602
(312) 332-5200
rrg@gordonlawchicago.com
thr@gordonlawchicago.com
kam@gordonlawchicago.com

*/s/ Peter J. Wozniak*

4

DMS 20417389.1

# EXHIBIT A

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

FILED DATE: 5/26/2021 4:06 PM 2021L005373

| | | |
|---|---|---|
| **GREGORY FAUCI** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 2021 L 005373** |
| | ) | |
| **LOWES COMPANY INC.,** | ) | |
| **a North Carolina Corporation,** | ) | |
| | ) | |
| **Defendant,** | ) | |

<u>**SUMMONS**</u>

**To:**   **Lowes Company Inc.**
**1000 Lowes Boulevard**
**Mooresville, NC 28117-8520**

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee **within thirty (30) days after service of this Summons**, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information. **IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.**

**To the Officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

**E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.**

WITNESS_____

5/26/2021 4:06 PM IRIS Y. MARTINEZ

IRIS Y. MARTINEZ Clerk of Court



Gordon Law Offices, Ltd.
111 W. Washington Street, Ste. 1240
Chicago, IL 60602
(312) 332-5200 / Fax: (312) 242-4966
Atty. No. 57507

Date of Service _____, 20_____
(inserted by officer on copy left with defendant/other person)

**12-Person Jury**

FILED
5/25/2021 2:41 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L005373

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

FILED DATE: 5/25/2021 2:41 PM  2021L005373

| | | |
|---|---|---|
| GREGORY FAUCI | ) | 13455652 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2021L005373 |
| | ) | |
| LOWES COMPANY INC., | ) | |
| a North Carolina Corporation, | ) | |
| | ) | |
| | ) | |
| Defendant, | ) | **DEMAND TO BE HEARD BY A JURY** |
| | ) | **OF TWELVE** |

## COMPLAINT AT LAW

NOW COMES Plaintiff, GREGORY FAUCI, by and through his attorneys, GORDON LAW OFFICES, LTD., for his complaint at law against Defendant, LOWES COMPANY INC., a North Carolina Corporation, state as follows;

## NATURE OF THE ACTION

1.     Plaintiff brings this action against his former employer, Defendant LOWES COMPANY INC., on the basis of actual and/or perceived disability discrimination in violation of the Illinois Human Rights Act, 775 ILCS 5/2, and the Americans with Disability Act, 42 U.S. § 12101, and retaliation for opposing unlawful discrimination in violation of the Illinois Human Rights Act, 775 ILCS 5/6-101, and the Americans with Disability Act, 42 U.S § 12101.

## FACTUAL BACKGROUND

2.     At all relevant times, Petitioner resided in Arlington Heights, Cook County, Illinois.

3.     At all times relevant, Defendant was a North Carolina corporation that owned, operated, and managed a facility located at 1000 Willow Road in Northbrook, Illinois.

FILED DATE: 5/25/2021 2:41 PM  2021L005373

4.      At all times relevant, Defendant was responsible for the acts and/or omissions of its employees.

5.      Plaintiff was employed by Defendant from October 14, 2009 until February 24, 2020.

6.      During his employment Plaintiff performed his job duties satisfactorily.

7.      Plaintiff's performance was as good as that of his co-workers, and he was never disciplined or reprimanded.

8.      Plaintiff is an individual with a disability within the meaning of § 1-103(I) of the Illinois Human Rights Act and 42 U.S. §12101.

9.      Defendant became aware of Plaintiff's disability in 2010, when he alerted Defendant that he was under medical care for chronic back pain and could not engage in strenuous activity.

10.     After being alerted that Plaintiff was under medical care for chronic back pain, Defendant accommodated Plaintiff in his work, including limiting his work to being a cashier.

11.     Even after informing Defendant of his disability, store managers, managers of other departments, and co-workers routinely verbally harassed Plaintiff while he was at work.

12.     Even after informing Defendant of his disability, co-workers routinely physically harassed, slapped, poked, and hit Plaintiff on the back while he was at work.

13.     Plaintiff reported such harassment to management and to Human Resources in 2013, 2015, 2017 and in February 2020.

14.     Plaintiff told his co-workers, the department managers, the store manager, and Human Resources that he did not want to be verbally or physical harassed in these ways.

2

FILED DATE: 5/25/2021 2:41 PM   2021L005373

15.     These incidents created a hostile, intimidating and offensive work environment, which affected Plaintiff's ability to perform his job and negatively impacted his physical and mental health.

16.     After Plaintiff reported such harassment, store managers incited other employees to either offensively touch Plaintiff or threaten to do so in a threatening manner.

17.     Plaintiff's termination was an adverse action that followed his reporting such harassment to management and Human Resources in February 2020, which is a protected activity.

## COUNT I
## Violation of Illinois Human Rights Act
## for Disability Discrimination by Defendant

18.     Plaintiff realleges and incorporates paragraphs 1-17 of this Complaint, as if fully set forth herein.

19.     By its conduct in allowing a hostile and abusive work environment, Defendant and its employees discriminated against Plaintiff in violation of the Illinois Human Rights Act.

20.     Defendant and its employees intentionally subjected Plaintiff to unwanted harassment and knowingly created a hostile condition and work environment, all in violation of the Illinois Human Rights Act.

21.     The conduct of Defendant and its employees toward Plaintiff was performed intentionally and with malice and/or was taken with reckless indifference to Plaintiff's protected rights.

22.     As a proximate result of the foregoing act and/or omissions, Plaintiff has suffered actual and punitive damages, including, but not limited to, lost wages, incidental damages, pain and suffering in the form of emotional distress, anxiety, embarrassment and humiliation, and attorneys' fees and costs.

3

FILED DATE: 5/25/2021 2:41 PM   2021L005373

WHEREFORE, Plaintiff, GREGORY FAUCI, demands judgment against Defendant, LOWES COMPANY INC, a North Carolina Corporation, in an amount in excess of $50,000.00, plus attorneys' fees and costs and any other damages allowed pursuant to the Illinois Human Rights Act.

## COUNT II
### Violation of Illinois Human Rights Act for Retaliation

23. Plaintiff realleges and incorporates paragraphs 1-17 of this Complaint, as if fully set forth herein.

24. The Illinois Human Rights Act makes it unlawful for an employer to discriminate against an employee because that employee opposes any practice that is unlawful under the Act.

25. Defendant and its employees violated the Illinois Human Rights Act by subjecting Plaintiff to unequal terms and conditions for complaining about the harassment he suffered.

26. The conduct of Defendant and its employees toward Plaintiff was performed intentionally and with malice and/or was taken with reckless indifference to his protected rights.

27. As a proximate result of the foregoing acts and/or omissions, Plaintiff has suffered actual and punitive damages, including, but not limited to, lost wages, incidental damages, pain and suffering in the form of emotional distress, anxiety, embarrassment and humiliation, and attorneys' fees and costs.

WHEREFORE, Plaintiff, GREGORY FAUCI, demands judgment against Defendant, LOWES COMPANY INC, a North Carolina Corporation, in an amount in excess of $50,000.00, plus attorneys' fees and costs and any other damages allowed pursuant to the Illinois Human Rights Act.

FILED DATE: 5/25/2021 2:41 PM   2021L005373

## COUNT III
### Violation of Illinois Human Rights Act
### for Discrimination Based on Perception of Disability

28.     Plaintiff realleges and incorporates paragraphs 1-17 of this Complaint, as if fully set forth herein.

29.     Defendant and its employees violated the Illinois Human Rights Act by allowing a hostile and abusive work environment and discriminating against Plaintiff because of its perception that he was disabled.

30.     Defendant and its employees intentionally subjected Plaintiff to unwanted harassment and knowingly creating a hostile work condition and environment, all in violation of the Illinois Human Rights Act.

31.     The conduct of Defendant and its employees toward Plaintiff was performed intentionally and with malice and/or was taken with reckless indifference to Plaintiff's protected rights.

32.     As a proximate result of the foregoing acts and/or omissions, Plaintiff has suffered actual and punitive damages, including, but not limited to, lost wages, incidental damages, pain and suffering in the form of emotional distress, anxiety, embarrassment and humiliation, and attorneys' fees and costs.

WHEREFORE, Plaintiff, GREGORY FAUCI, demands judgment against Defendant, LOWES COMPANY INC, a North Carolina Corporation, in an amount in excess of $50,000.00, plus attorneys' fees and costs and any other damages allowed pursuant to the Illinois Human Rights Act.

FILED DATE: 5/25/2021 2:41 PM  2021L005373

## COUNT IV
### Violation of the Americans with Disabilities Act
### for Disability Discrimination by Defendant

33.     Plaintiff realleges and incorporates paragraphs 1-17 of this Complaint, as if fully set forth herein.

34.     Defendant and its employees discriminated against Plaintiff in violation of the Americans with Disabilities Act by its conduct in allowing a hostile and abusive work environment.

35.     Defendant and its employees intentionally subjected Plaintiff to unwanted harassment and knowingly created a hostile work environment all in violation of Americans with Disabilities Act.

36.     The conduct of Defendant and its employees toward Plaintiff was performed intentionally and with malice and/or was taken with reckless indifference to Plaintiff's protected rights.

37.     As a proximate result of the foregoing acts and/or omissions, Plaintiff has suffered actual and punitive damages, including, but not limited to, lost wages, incidental damages, pain and suffering in the form of emotional distress, anxiety, embarrassment and humiliation, and attorneys' fees and costs.

WHEREFORE, Plaintiff, GREGORY FAUCI, demands judgment against Defendant, LOWES COMPANY INC, a North Carolina Corporation, in an amount in excess of $50,000.00, plus attorneys' fees and costs and any other damages allowed pursuant to the Americans with Disabilities Act.

## COUNT V
### Violation of the Americans with Disabilities Act for Retaliation

38.     Plaintiff realleges and incorporates paragraphs 1-17 of this Complaint, as if fully set forth herein.

6

FILED DATE: 5/25/2021 2:41 PM    2021L005373

39.     The Americans with Disabilities Act makes it unlawful for an employer to discriminate against an employee because that employee opposes any practice that is unlawful under the Act.

40.     Defendant and its employees violated the Americans with Disabilities Act by subjecting Plaintiff to unequal terms and conditions for complaining about the harassment he suffered.

41.     The conduct of Defendant and its employees toward Plaintiff was performed intentionally and with malice and/or was taken with reckless indifference to his protected rights.

42.     As a proximate result of the foregoing acts and/or omissions, Plaintiff has suffered actual and punitive damages, including, but not limited to, lost wages, incidental damages, pain and suffering in the form of emotional distress, anxiety, embarrassment and humiliation, and attorneys' fees and costs.

WHEREFORE, Plaintiff, GREGORY FAUCI, demands judgment against Defendant, LOWES COMPANY INC, a North Carolina Corporation, in an amount in excess of $50,000.00, plus attorneys' fees and costs and any other damages allowed pursuant to the Americans with Disabilities Act.

## COUNT VI
### Violation of Americans with Disabilities Act
### for Discrimination Based on Perception of Disability

43.     Plaintiff realleges and incorporates paragraphs 1-17 of this Complaint, as if fully set forth herein.

44.     By its conduct in allowing a hostile and abusive work environment, Defendant and its employees violated the Americans with Disabilities Act when it discriminated against Plaintiff because of its perception that he was disabled.

7

45.     Defendant and its employees intentionally subjected Plaintiff to unwanted abuse and knowingly creating hostile and abuse conditionals all in violation of Americans with Disabilities Act.

46.     The conduct of Defendant and its employees toward Plaintiff was performed intentionally and with malice and/or was taken with reckless indifference to Plaintiff's protected rights.

47.     As a proximate result of the foregoing acts and/or omissions, Plaintiff has suffered actual and punitive damages, including, but not limited to, lost wages, incidental damages, pain and suffering in the form of emotional distress, anxiety, embarrassment and humiliation, and attorneys' fees and costs.

WHEREFORE, Plaintiff, GREGORY FAUCI, demands judgment against Defendant, LOWES COMPANY INC, a North Carolina Corporation, in an amount in excess of $50,000.00, plus attorneys' fees and costs and any other damages allowed pursuant to the Americans with Disabilities Act.

Respectfully submitted,
GREGORY FAUCI

By:_____
One of His Attorneys

Richard R. Gordon
Tod H. Rottman
Kevin A. Murphy
GORDON LAW OFFICES, LTD.
111 W. Washington St., Ste. 1240
Chicago, IL 60602
(312) 332-5200
#57507

8

FILED DATE: 5/25/2021 2:41 PM   2021L005373

9

FILED
5/25/2021 2:41 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L005373

13455652

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

**GREGORY FAUCI**        )
      **Plaintiff,**      )
                     )
         **v.**            )   No. 2021L005373
                     )
**LOWES COMPANY INC.,**   )
**a North Carolina Corporation,** )
                     )
                     )
      **Defendant,**    )
                     )

### AFFIDAVIT

I, Tod Rottman, first being duly sworn on oath, depose and state as follows:

1.     The damages claimed by the Plaintiff exceed the sum of FIFTY THOUSAND

DOLLARS ($50,000.00).

FURTHER AFFIANT SAYETH NOT.

_____
Tod Rottman
Attorney for Plaintiff

### VERIFICATION

Under penalties as provided by law pursuant to 735 ILCS 5/1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

_____
Tod Rottman

FILED DATE: 6/25/2021 9:23 AM   2021L005373

FILED
6/25/2021 9:23 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L005373

13821139

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| **GREGORY FAUCI** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 2021 L 005373** |
| | ) | |
| **LOWES COMPANY INC.,** | ) | |
| **a North Carolina Corporation,** | ) | |
| | ) | |
| **Defendant,** | ) | |

## NOTICE OF FILING

To:     No Attorneys of Record

**PLEASE TAKE NOTICE** that on June 25, 2021, I caused to be filed with the Clerk of the Circuit Court of Cook County <u>PROOF OF SERVICE ON DEFENDANT LOWES COMPANY INC.</u>

Respectfully submitted
**GREGORY FAUCI**

By: _____
          One of his Attorneys

Richard R. Gordon
Tod H. Rottman
Kevin A. Murphy
GORDON LAW OFFICES, LTD.
111 W. Washington St., Ste. 1240
Chicago, IL 60602
(312) 332-5200
#57507

AFFIDAVIT OF VICE

STATE OF NORTH CAROLINA      FILE #   21-03856
COUNTY OF IREDELL      CASE #   2021 L 005373

Gregory Fauci     VS     Lowes Company Inc.
PLAINTIFF            DEFENDANT

DATE   6-11-21         TIME   11:00 am

DEFENDANT:   Lowe's Company, Inc

AT THE FOLLOWING ADDRESS:   1000 Lowes Blvd Mooresville, NC
28117-8520

____ COMPLAINT        ____ NOTICE OF HEARING
____ MOTION            ____ ORDER
____ NOTICE            ____ PETITION
____ NOTICE OF FORECLOSURE    ____ CIVIL SUMMONS
✓ OTHER   Summons

____ TO THE ABOVE NAMED DEFENDANT PERSONALLY

____ BY LEAVING A COPY WITH _____ A PERSON OF
SUITABLE AGE AND DISCRETION, RESIDING AT THE DEFENANT'S USUAL ADDRESS.

X TO Grace Milks _____ A PERSON WHO IS AUTHORIZED TO RECEIVE
SERVICE FOR THE DEFENDANT.

____ AS THE DEFENDANT IS A CORPORATION SERVICE IS MADE BY SERVING
_____ THE REGISTERED AGENT OF THE CORPORATION.

____ OTHER MANNER OF SERVICE: _____

____ RETURNED UNSERVED FOR THE FOLLOWING REASON:     DATE RETURNED
UNSERVED:

DARREN E. CAMPBELL
SHERIFF OF IREDELL COUNTY
NORTH CAROLINA

STATE OF NORTH CAROLINA
COUNTY OF IREDELL

_____
DEPUTY MAKING RETURN

SWORN TO BEFORE ME
THIS THE 11 DAY OF June , 20 21

_____
PRINTED NAME OF DEPUTY

NOTARY PUBLIC
MY COMMISSION EXPIRES
11-8-23

REBECCA S. CLARK
NOTARY PUBLIC
IREDELL COUNTY, NC
My Commission Expires
11-08-23

recd 6-7-21
pd $50.00

FILED DATE: 6/25/2021 9:23 AM   2021L005373

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

GREGORY FAUCI )
      **Plaintiff,** )
 )
      **v.** )    No. 2021 L 005373
 )
LOWES COMPANY INC., )
a North Carolina Corporation, )
 )
      **Defendant,** )

### SUMMONS

To:    **Lowes Company Inc.**
       **1000 Lowes Boulevard**
       **Mooresville, NC 28117-8520**

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee **within thirty (30) days after service of this Summons,** not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information. **IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.**

**To the Officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

**E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.**

WITNESS_____

5/26/2021 4:06 PM IRIS Y. MARTINEZ

IRIS Y. MARTINEZ, Clerk of Court

Gordon Law Offices, Ltd.
111 W. Washington Street, Ste. 1240
Chicago, IL 60602
(312) 332-5200 / Fax: (312) 242-4966
Atty. No. 57507

Date of Service _____, 20_____
(inserted by officer on copy left with defendant/other person)

FILED DATE: 6/25/2021 9:23 AM  2021L005373
FILED DATE: 5/26/2021 4:06 PM  2021L005373

**Cook County**
**Clerk of the Circuit Court**
Electronic Docket Search
Chancery, Domestic/Child Support, Civil and Law Divisions

| Case Information Summary for Case Number |
|---|
| 2021-L-005373 |

Filing Date: 05/25/2021                              Case Type: OTHER PERSONAL INJURY
Division: Law Division                               District: First Municipal
Ad Damnum: $50000.00                                 Calendar: H

**Party Information**

**Plaintiff(s)**                                      **Attorney(s)**
FAUCI GREGORY                                         GORDON LAW OFFICES LTD
                                                     111W WASHINGTN1240
                                                     CHICAGO IL, 60602
                                                     (312) 332-5200

**Defendant(s)**          **Defendant Date of Service**    **Attorney(s)**
LOWES COMPANY INC.

**Case Activity**

| Activity Date: 05/25/2021 | Participant: FAUCI GREGORY |
|---|---|

OTHER PERSONAL INJURY COMPLAINT FILED (JURY DEMAND)

Court Fee: 600.50
Ad Damnum Amount: 50000.00                            Attorney: GORDON LAW OFFICES LTD

| Activity Date: 05/25/2021 | Participant: FAUCI GREGORY |
|---|---|

AFFIDAVIT FILED

Ad Damnum Amount: 50000.00

| Activity Date: 05/26/2021 | Participant: FAUCI GREGORY |
|---|---|

SUMMONS ISSUED AND RETURNABLE

Attorney: GORDON LAW OFFICES LTD

| Activity Date: 06/25/2021 | Participant: FAUCI GREGORY |
|---|---|

PROOF OF SERVICE FILED

Attorney: GORDON LAW OFFICES LTD

Back to Top

Please note: Neither the Circuit Court of Cook County nor the Clerk of the
Circuit Court of Cook County warrants the accuracy, completeness, or the currency
of this data. This data is not an official record of the Court or the Clerk and may
not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data
in our master database.