IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY FAUCI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:21-cv-03639 |
| | ) | |
| LOWES COMPANY INC., | ) | Judge Kennelly |
| a North Carolina Corporation | ) | Magistrate Judge |
| | ) | |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL

Plaintiff Gregory Fauci and Defendant Lowe's Home Centers, LLC (incorrectly named by Plaintiff as Lowes Company Inc.) hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed without prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and cost.

Dated:

Respectfully submitted,

| | |
|---|---|
| /s/ Mark Wallin | /s/Tod H. Rottman |
| Mark Wallin (6304226) | Richard R. Gordon |
| BARNES & THORNBURG LLP | Tod H. Rottman |
| One N. Wacker Drive, Suite 4400 | Kevin A. Murphy |
| Chicago, Illinois 60606 | GORDON LAW OFFICES, LTD. |
| PH: (312) 214-4591 | 111 W. Washington St., Ste. 1240 |
| FX: (312) 759-5646 | Chicago, Illinois 60602 |
| mark.wallin@btlaw.com | PH: (312) 332-5200 |
| | rrg@gordonlawchicago.com |
| | thr@gordonlawchicago.com |
| /s/ Koryn McHone | kam@gordonlawchicago.com |
| Koryn McHone (6286793) | |
| Barnes & Thornburg LLP | *Attorneys for Plaintiff* |
| 11 S. Meridian Street | |
| Indianapolis, Indiana 46204 | |
| PH: (317) 236-1313 | |
| FX: (317) 231-7433 | |
| koryn.mchone@btlaw.com | |
| *Attorneys for Defendant* | |